## Wilhelmina Frerichs, Appellant, v. Hayung E. Frerichs, Appellee.

### Gen. No. 6,527.    (Not to be reported in full.)

.Appeal from the Circuit Court of Woodford ·county; the Hon. GEORGE W. PATTON, Judge, presiding. Heard in this court at the October term, 1917. Appeal dismissed. Opinion filed November 8, 1917.

### Statement of the Case.

Bill by Wilhelmina Frerichs, complainant, against Hayung E. Frerichs, defendant, for divorce. From an order sustaining a demurrer to an amended bill of complaint, complainant appeals.

E. F. RIELY and W. L. ELLWOOD, for appellant.

THOMAS KENNEDY and BARNES, MAGOON & BLACK, for appellee.

PER CURIAM.

### Abstract of the Decision.

APPEAL AND ERROR, § 278*—*when order sustaining demurrer is not appealable.* An order sustaining a demurrer to a bill is not appealable in the absence of a decree, and the appeal is dismissed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.